1  JONATHAN D. MCDOUGALL
   STATE BAR NO. 212359
2  1640 Laurel Street
   San Carlos, CA 94070
3  Telephone: (650) 594-4200
   Facsimile: (650) 594-4205
4
   Attorney for Defendant
5  RESAT OTUS NURI

**FILED**

MAR 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RESAT OTUS NURI<br>     Defendant. | NO: CR 12-00808 DLJ<br><br>STIPULATION AND PROPOSED ORDER REGARDING CONDITIONS OF RELEASE AND APPEARANCE |

With the agreement of counsel for both parties and with the consent of defendant RESAT OTUS NURI, the Court enters this order documenting an amendment to the CONDITIONS OF RELEASE AND APPEARANCE dated December 12, 2012. The parties agree, and the Court finds and holds as follows:

1. Defendant made his initial appearance before this Court on December 12, 2012, at which time this Court issued Conditions of Release and Appearance, specifically allowing defendant's release on unsecured $500,000.00 bond with added condition that he shall not travel outside the Northern District of California, specifically the counties of San Francisco, San Mateo, and Santa Clara.

2. The defendant currently has a status appearance set for April 11, 2013 before the Honorable D. Lowell Jensen.

3. Counsel for the defendant and the United States as well as Pretrial Services Officer Anthony Granados now agree that the defendant's conditions of release and appearance could be modified to allow the defendant to travel to the <u>Eastern and Southern Districts of California</u> for employment purposes with the following conditions:

   a. Advanced notice to Pretrial Services of at least (48) hours;
   b. Notice of travel duration and location;
   c. Notice of departure and return; and
   d. Pre-approval by proposed travel by Pre-Trial Services;

4. Accordingly, and with the consent of all parties, the Court orders that the defendant's conditions of release and appearance are so AMENDED, with all other conditions of bond remaining unchanged..

IT IS SO STIPULATED.

DATED: March 8, 2013

JONATHAN D. MCDOUGALL
Attorney for Defendant

MELINDA HAAG
United States Attorney

DATED: March 8, 2013

ss
TIMOTHY J. LUCEY
Assistant U.S. Attorney

IT IS SO ORDERED.
DATED: 3/12/13

U.S. MAGISTRATE JUDGE
HOWARD R. LLOYD

2