MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5054
    FAX: (408) 535-5061
    E-Mail: timothy.lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RESAT OTUS NURI, <br> aka Otus Resat Nuri, <br> aka Resat Nuri Otus, <br> aka Nuri Resat Otus, <br> aka Resat, <br> aka Otus, <br> aka Nuri, <br>     Defendant. | CASE NO. CR 12 – 0808 DLJ <br><br> STIPULATION AND [] ORDER |

WHEREAS, the parties are scheduled for a status hearing before this Court on October, 31, 2013;

WHEREAS, defense counsel is currently in trial in the Superior Court of California, County of San Mateo, and is expected to remain in trial until December 6, 2013; counsel for the United States is preparing for jury trial before the Honorable Ronald M. Whyte, set to begin on November 4, 2013, and scheduled to continue through at least December 12, 2013;

1     WHEREAS, counsel has been attempting to transfer possession of computer evidence necessary for proper defense of the case, and continuing to review documents and data in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant and have discussions regarding a resolution of this matter;

    WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective calendars and the period needed for the aforementioned discovery matters, an appropriate date for a status hearing is Thursday, December 19, 2013;

    THEREFORE, the parties mutually and jointly stipulate that the matter be continued until December 19, 2013, and further jointly stipulate and agree that time should be excluded from October 31, 2013, up to and including December 19, 2013.  The parties agree that excluding time until December 19, 2013, is necessary, given the need to maintain continuity of counsel.   The parties also agree that failing to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7).  Finally, the parties agree that the ends of justice served by excluding time from October 31, 2013, until December 19, 2013, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

**IT IS SO STIPULATED.**

Dated:  October 29, 2013

/s/_____
TIMOTHY LUCEY
Assistant United States Attorney

Dated:  October 29, 2013

/s/_____
JON C. MCDOUGALL
Attorney for Defendant

**IT IS SO ORDERED.**

DATED: F⊕⊕⊕⊕H

_____
HON. D. LOWELL JENSEN
United States District Court